

**IntelliServe**
*Prompt. Documented. Done.*
Powered by IntelliQuick
IntelliServe@IQCanDo.com
1-877-277-3188
Order #: 11014512
Client: 58542.00001 us foodservice

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF ILLINOIS

US FOODS, INC ; et al.,
    Petitioner/Plaintiff(s),                                   CASE #: 1:13-CV-03640

vs.

MICHAEL J NOBLE AND PHILLIP G ROSZAK; et al.,
    Respondent/Defendant(s).                            AFFIDAVIT OF SERVICE

___Melissa Ruiz___, the undersigned, certifies under penalty of perjury: I am a certified private process server in the COUNTY OF MARICOPA, I am fully qualified pursuant to the regulations governing Service of Process in the State of Arizona, to serve process in this case, and I received for service the following documents in this action:
**SUMMONS IN A CIVIL CASE; COMPLAINT**

from ___JOSH WOODARD__ with __SNELL & WILMER, LLP___ located in **Phoenix, AZ** on __5/22/2013__. I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in PARADISE VALLEY, ARIZONA.

**NAME:**     MICHAEL J NOBLE

**DATE & TIME\*:**     5/23/2013 @ 12:55
**ADDRESS:**     4717 E Quartz Mountain Rd , Paradise Valley, Arizona 85253, at this usual place of residence,
**MANNER:**     by serving Michael J. Noble.
**DESCRIPTION:**

_Melissa Ruiz, #7489_

**STATEMENT OF COSTS**

| SERVICE | $ 16.00 |
|---|---|
| MILEAGE | $ 40.00 |
| RUSH FEES | $ 25.00 |
| ADD. MILEAGES | $ |
| LOCATE | $ |
| POSTAL | $ |
| MVD | $ |
| SKIP TRACE | $ |
| SPEC HANDLING | $ |
| STAKEOUT/WAIT | $ |
| COPIES | $ |
| FEE ADVANCE | $ |
| AFFIDAVIT PREP | $ 10.00 |
| **TOTAL** | **$ 91.00** |

State of **ARIZONA**     )
                               ) ss.
County of **MARICOPA**    )

Subscribed and sworn before me on **May 24, 2013**.

NOTARY PUBLIC

My Commission expires:



ALICIA RAMIREZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
August 29, 2015

\* Time of service is reflected in Military Time.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

US FOODS, INC.,

| | |
|---|---|
| CASE NUMBER: | 1:13-cv-03640 |

V.

| | |
|---|---|
| ASSIGNED JUDGE: | Hon. Robert M. Dow, Jr. |

MICHAEL J. NOBLE and PHILLIP G. ROSZAK

| | |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Hon. Mary M. Rowland |

TO: (Name and address of Defendant)

Michael J. Noble
4717 E Quartz Mountain Road
Paradise Valley, AZ 85253-3202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia Brown Holmes
Linda K. Stevens
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500

an answer to the complaint which is herewith served upon you, within     21     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

(By) DEI ~~THOMAS G. BRUTON, CLERK~~

*E. [signature]*

(By) DEPUTY CLERK

DATE

May 16, 2013

DATE