

**IntelliServe**
*Prompt. Documented. Done.*
Powered by IntelliQuick
IntelliServe@IQCanDo.com
**1-877-277-3188**
Order #: 11014491
Client: 58542.00001 us foodservice

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF ILLINOIS

US FOODS, INC ; et al.,
     Petitioner/Plaintiff(s),

vs.

MICHAEL J NOBLE AND PHILLIP G ROSZAK; et al.,
     Respondent/Defendant(s).

CASE #: 1:13-cv-03640

AFFIDAVIT OF SERVICE

___**Teresa Jones**_____, the undersigned, certifies under penalty of perjury: I am a registered private process server in the COUNTY OF MARICOPA, I am fully qualified pursuant to the regulations governing Service of Process in the State of Arizona, to serve process in this case, and I received for service the following documents in this action:
**SUMMONS IN A CIVIL CASE; COMPLAINT**

from ___**JOSH WOODARD** with **SNELL & WILMER, LLP**___ located in **Phoenix, AZ** on ___5/22/2013___. I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in SCOTTSDALE, ARIZONA.

**NAME:  PHILLIP G ROSZAK**

**DATE & TIME\*:**  5/23/2013 @ 13:30
**ADDRESS:**  35008 N 86th Way, Scottsdale, Arizona 85266,
**MANNER:**  by serving Phillip G Roszak.
**DESCRIPTION:**  Male, Caucasian, Mid 40's, 5'11", 150 lbs.

*(signature)*
Teresa Jones, #7807

### STATEMENT OF COSTS

| | |
|---|---|
| SERVICE | $ 16.00 |
| MILEAGE | $ 100.00 |
| RUSH FEES | $ 25.00 |
| ADD. MILEAGES | $ |
| LOCATE | $ |
| POSTAL | $ |
| MVD | $ |
| SKIP TRACE | $ |
| SPEC HANDLING | $ |
| STAKEOUT/WAIT | $ |
| COPIES | $ |
| FEE ADVANCE | $ |
| AFFIDAVIT PREP | $ 10.00 |
| TOTAL | $ 151.00 |

State of **ARIZONA**   )
         ) ss.
County of **MARICOPA**  )

Subscribed and sworn before me on May 27, 2013.

*(signature)*
NOTARY PUBLIC

My Commission expires:

ALICIA RAMIREZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
81 29, 2015

\* Time of service is reflected in Military Time.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

US FOODS, INC.,

V.

MICHAEL J. NOBLE and PHILLIP G. ROSZAK

| | |
|---|---|
| CASE NUMBER: | 1:13-cv-03640 |
| ASSIGNED JUDGE: | Hon. Robert M. Dow, Jr. |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Mary M. Rowland |

TO: (Name and address of Defendant)

Phillip G. Roszak
35008 N 86th Way
Scottsdale, AZ 85266-1020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY  (name and address)

Patricia Brown Holmes
Linda K Stevens
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE

(By) DEPUTY CLERK

DATE

May 16, 2013

DATE