# EXHIBIT G



December 11, 2012

Phillip G. Roszak
35008 N. 86th Way
Scottsdale, AZ 85266-1020

RE: **Immediate Return of US Foods' Property**

Dear Mr. Roszak:

As General Counsel of US Foods, Inc., on behalf of your former employer, I am writing to demand the immediate return of all property, documents and data belonging to US Foods, including the laptop issued to you by US Foods.

You are no longer authorized to use your US Foods computer. You should turn it off (if it is turned on) immediately upon receipt of this letter and not use or alter it in any fashion. Because US Foods anticipates litigation concerning your employment with and your actions while employed by the Company, you have an obligation to preserve and not to destroy or spoil relevant evidence. You must also identify in writing any and all data that has been destroyed since your departure. Your preservation obligations are described in more detail in the enclosure to this letter. You should physically return all US Foods property, documents and data, including your laptop computer and all US Foods documents forwarded to your personal email address, to Joshua R. Woodard of Snell & Wilmer located at 400 E. Van Buren St. #1900, Phoenix, Arizona, 85004-2202, no later than **9:00 am tomorrow morning.**

The definition of US Foods' property, documents and data includes, without limitation, all keys and access cards, badges, credit and telephone cards, telephones, pagers, Company vehicles, all computers and computer related equipment (i.e. hardware, software, diskettes, electronic storage devices, etc), all passwords, access codes and other information necessary to access any computer, communications device or electronic database, and all books, files, documents and electronic data and media. You also have an obligation to copy and return to US Foods any and all electronic data of US Foods on your personal computers and electronic communications and storage devices. After this data is returned, US Foods will coordinate with you the permanent deletion of US Foods' data from your personal computers and devices.

You have already breached your contractual and other legal duties to US Foods by refusing to attend a scheduled investigative interview in Rosemont and refusing to return your Company-issued computer.

Phillip G. Roszak
December 11, 2012
Page 2

The failure to abide by the terms of this letter will further violate your contractual obligations, statutory and other legal duties to US Foods. US Foods reserves the right to take any and all legal action, including contacting the appropriate authorities, for your failure to return US Foods property. Contact me immediately if you have any questions about this letter.

Sincerely,

*Juliette Pryor*
Juliette Pryor
Executive Vice President, General Counsel and
Chief Compliance Officer



Sign Up | Login | IntelliServe Login | Place an Order

HOME    ABOUT US    LOGIN    TRACKING    SERVICES    CURRENT OPENINGS    CONTACT



Enter your tracking numbers below.

▼ Tracking Numbers

Tracking Number  10688284
Reference        JHW
        Origin:  Phoenix AZ  85004-2223
   Destination:  Scottsdale AZ  85266-1020
    Order Type:  Better
       Ordered:  2012-12-11 5:20 PM (MST)
     Picked Up:  2012-12-11 7:54 PM (MST)
   At Delivery:  2012-12-11 8:29 PM (MST)
     Delivered:  2012-12-11 8:42 PM (MST)
Proof of Delivery:  Phillip
      Invoiced:  2012-12-20 11:24 AM

▶ NEW CUSTOMER INQUIRY

Enter up to ten tracking numbers in the fields provided to obtain information on:

**Time of Order Placement**
**Time of Dispatch**
**Time of Pick-Up**
**Time of Delivery**
**Name of Delivery Recipient**

Enter up to 10 Tracking numbers below.

Time Period - yyyy-mm-dd

From:  2012-11-30
To:    2013-01-30

1. 10688284
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9.

10. [_____]
    [Submit]

CONTACT US          **Locations**:   PHOENIX • TUCSON • LAS VEGAS • CHICAGO • DENVER • RENO • SALT LAKE CITY

All contents © Copyright 2013 IntelliQuick Delivery, Inc. All rights reserved.
Web development and online marketing by Phoenix advertising agency FabCom.