**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| US FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-03640 |
| | ) |
| MICHAEL J. NOBLE, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF MOTION**

TO:   Counsel Listed on the Attached Certificate of Service

**PLEASE TAKE NOTICE** that on Thursday, June 6, 2013 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any other judge who may be sitting in his place and stead, in Courtroom 1919 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff's Motion for Expedited Discovery**, a copy of which is served upon you herewith.

June 3, 2013                                                     Respectfully submitted,

                                                                 /s/ Linda K. Stevens
                                                                Patricia Brown Holmes
                                                                Linda K. Stevens
                                                                **SCHIFF HARDIN LLP**
                                                                233 South Wacker Drive, Suite 6600
                                                                Chicago, IL 60606
                                                                Telephone: (312) 258-5500
                                                                Facsimile: (312) 258-5600
                                                                pholmes@schiffhardin.com

Connie N. Bertram
Daniel J. Davis
**PROSKAUER ROSE LLP**
*Admitted Pro Hac Vice*
1001 Pennsylvania Ave., N.W.
Suite 400S
Washington, D.C. 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
cbertram@proskauer.com
ddavis@proskauer.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 3, 2013, she caused a true and correct copy of the foregoing Notice of Motion to be served by electronic mail and hand delivery on the following:

Kraig Marton
Jaburg & Wilk P.C.
3200 N. Central Ave., 20th Floor
Phoenix, AZ 85012
kjm@jaburgwilk.com

*Counsel for Defendant Michael J. Noble*


Philip J. Nathanson
The Nathanson Law Firm
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255

and

The Nathanson Law Firm
120 N. LaSalle St. #1040
Chicago, IL 60602
philipj@nathansonlawfirm.com

*Counsel for Defendant Phillip G. Roszak*

                                                 /s/ Linda K. Stevens