IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| US FOODS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:13-cv-03640 |
| ) | |
| MICHAEL J. NOBLE, *et al.*, ) | (Judge Robert M. Dow, Jr., Presiding) |
| ) | |
| Defendants. ) | |

### DEFENDANT ROSZAK'S NOTICE OF AMENDED MOTION

TO: All Attorneys of Record

On June 26, 2013, at 9:15am, or soon thereafter as we may be heard, we shall appear before the Honorable District Judge Robert M. Dow, Jr., in courtroom 1919 usually occupied by said Judge in the Dirksen Federal Courthouse, 219 S. Dearborn, IL and then and there present the attached Defendant Roszak's Amended Motion for an Extension of Time to Answer or Otherwise Plead to the Complaint.

PHILIP G. ROSZAK

_____
Philip J. Nathanson

Philip J. Nathanson
THE NATHANSON LAW FIRM
120 N. LaSalle Street
Suite 1040
Chicago, IL 60602
(312) 782-3322
(312) 782-4518 (FAX)

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on June 21, 2013, I electronically transmitted the foregoing Notice of Motion to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the counsel of record who are CM/ECF registrants.

Philip J. Nathanson