IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| US FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. NOBLE, et al., <br><br> Defendants. | Civil Action No. 1:13-cv-03640 |

**DEFENDANT NOBLE'S ALTERNATIVE JOINDER IN DEFENDANT ROSZAK'S MOTION TO TRANSFER TO THE DISTRICT OF ARIZONA PURSUANTTO 28 U.S.C. §1404(A) AND FOR OTHER RELIEF**

Defendant Michael J. Noble ("Noble") has filed a Rule 12(b)(1) motion to dismiss this case for lack of subject matter jurisdiction or, in the alternative and pursuant to 9 U.S.C.A. §3, to stay all further proceedings in the case ("Motion to Dismiss"). He stands by that motion and urges the Court to dismiss this case for lack of subject matter jurisdiction.

Defendant Phillip Roszak has filed a motion to transfer the case to the District of Arizona pursuant to 28 U.S. §1404(a) and for other relief – namely, a partial joinder in Noble's motion to dismiss for lack of lack of subject matter jurisdiction ("Motion to Transfer").

Although he stands by his Motion to Dismiss, in the alternative and only if this Court declines to dismiss this case for lack of jurisdiction, Noble hereby joins in Roszak's Motion to Transfer. As argued in that motion, Arizona is by far the most appropriate and convenient, as

1

well as the first-filed, forum to litigate the issues US Foods has raised in its limited request for injunctive relief filed in this Court. Indeed, the effect of any injunction entered by this Court will necessarily be in Arizona, where both Noble and Roszak reside and where US Foods claims its confidential information purportedly has been withheld or destroyed.

This case should be dismissed for lack of subject matter jurisdiction for the reasons set forth in Noble's Motion to Dismiss. If the Court declines to dismiss this case for lack of jurisdiction, however, it should transfer the case to the District of Arizona for the reasons set forth in Roszak's Motion to Transfer.

July 16, 2013                    Respectfully submitted,

/s/ David N. Farren
Kraig J. Marton
David N. Farren
Jeffrey A. Silence
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
602-248-1000
kjm@jaburgwilk.com
dnf@jaburgwilk.com
jxs@jaburgwilk.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 16, 2013, he caused a true and correct copy of this Motion to be served by electronic mail and US Mail on the following:

Patricia Brown Holmes
Linda K. Stevens
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
pholmes@schiffhardin.com

Connie N. Bertram
Daniel J. Davis
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W. Suite 400S
Washington, D.C. 20004
cbertram@proskauer.com
ddavis@proskauer.com

Philip J. Nathanson
The Nathanson Law Firm
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255

The Nathanson Law Firm
120 N. LaSalle St. #1040
Chicago, IL 60602
philipj@nathansonlawfirm.com


    /s David N. Farren

16829-1\JXS\KJM\1088030.2