**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

US Foods, Inc.
                        Plaintiff,

v.                                               Case No.: 1:13−cv−03640
                                                             Honorable Andrea R. Wood

Michael J. Noble, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 3, 2013:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing set for 12/16/2013 at 10:00 a.m in courtroom 1725. Parties may notice motions for presentment at that time. Written notice of the intent to present a motion must be filed and served on all parties at least three business days in advance of the hearing. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.