# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

US Foods, Inc.

                         Plaintiff,

v.                                                   Case No.: 1:13−cv−03640

                                                  Honorable Andrea R. Wood

Michael J. Noble, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2013:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 1/30/2014 at 9:00 a.m. The parties shall be prepared to inform the Court of the status of the arbitration at the next status hearing. The pending motion to transfer [36] and motion to dismiss [27] shall be held in abeyance until the next status hearing. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.