# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

US Foods, Inc.

                    Plaintiff,

v.                                 Case No.: 1:13−cv−03640
                                           Honorable Andrea R. Wood

Michael J. Noble, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2014:

      MINUTE entry before the Honorable Andrea R. Wood:Status hearing held and continued to 4/22/2014 at 09:00 AM. Parties report that arbitration briefing should be completed in early March 2014 and they expect a ruling in April 2014. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.